UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MEDCITY REHABILITATION SERVICES, LLC,

      Plaintiff,

v                                                                Case No. 11-cv-14777
                                                                 Hon. Gershwin A. Drain

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

      Counter-Defendant

v.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

      Counter-Plaintiff,

v.

MEDCITY REHABILITATION SERVICES, LLC
DAWIT TEKLEHAIMANOT, D.O.,

      Counter-Counter Defendants.

_____/

**ORDER REGARDING DR. TEKLEHAIMANOT'S MOTION TO COMPEL [#120] AND REQUIRING DR. TEKLEHAIMANOT TO FILE A MOTION FOR RECONSIDERATION**

On May 7, 2013, this Court entered an Order denying Dr. Teklehaimanot's Motion to

Compel. Due to an oversight, the Court failed to review Dr. Teklehaimanot's Reply in Support of

his Motion to Compel, which was filed on January 24, 2013. Accordingly, the Court's clerk

received a message from Dr. Teklehaimanot's counsel noting the Court's failure to review his Reply

Brief. In light of these circumstances, the Court hereby ORDERS Dr. Teklehaimanot to file a

-1-

Motion for Reconsideration, not to exceed seven (7) pages in length.  Dr.  Teklehaimanot shall file

his Motion for Reconsideration no later than May 29, 2013.  State Farm may file a response to Dr.

Teklehaimanot's Motion for Reconsideration, not to exceed seven (7) pages in length.  If State Farm

chooses to file a response, the response shall be due within seven (7) days from the date Dr.

Teklehaimanot files his Motion for Reconsideration.

     SO ORDERED.


Dated: May 7, 2013                /s/Gershwin A Drain
                                   GERSHWIN A.  DRAIN
                                   UNITED STATES DISTRICT JUDGE